IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Myles, Jannie M

Printed: 6/10/08

Case Number: 04 B 04205
Judge: Hollis, Pamela S
Filed: 2/4/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 3, 2008
Confirmed: March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 55,025.00 |  |
| Secured: |  | 49,442.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,882.55 |
| Other Funds: |  | 0.05 |
| Totals: | 55,025.00 | 55,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiFinancial | Secured | 14,743.61 | 12,273.67 |
| 3. | Wells Fargo Home Mortgage | Secured | 38,594.75 | 31,858.98 |
| 4. | American General Finance | Secured | 3,547.52 | 3,547.52 |
| 5. | CitiFinancial | Secured | 226.72 | 87.21 |
| 6. | City Of Chicago | Secured | 734.39 | 293.48 |
| 7. | Wells Fargo Home Mortgage | Secured | 3,193.78 | 1,381.54 |
| 8. | American General Finance | Unsecured | 279.28 | 0.00 |
| 9. | Kraft Federal Credit Union | Unsecured | 67.54 | 0.00 |
| 10. | Fingerhut Corporation | Unsecured | 14.62 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 126.28 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 71.52 | 0.00 |
| 13. | Capital One | Unsecured | 104.42 | 0.00 |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 64,404.43 | $ 52,142.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 304.50 |
| 4% | 181.26 |
| 6.5% | 818.94 |
| 3% | 130.18 |
| 5.5% | 638.16 |
| 5% | 217.91 |
| 4.8% | 278.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:  Myles, Jannie M | Case Number:  04 B 04205 |
|---|---|
|  | Judge:  Hollis, Pamela S |
| Printed:  6/10/08 | Filed:  2/4/04 |

                5.4%            313.20
                              _____
                             $ 2,882.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              _____